LOUIS ABRAMS, an Infant, etc., Respondent, *v.* THE VAN BRUNT STREET AND ERIE RAILROAD COMPANY Appellant.

(Argued April 27, 1887; decided May 13, 1887.)

*Samuel D. Morris* for appellant.

*William B. Ellison* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed